IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SUSIE GRISSOM
*on behalf of,*
ZYKEYAH NYCOLE EASTER                                             PLAINTIFF

vs.                              Civil No. 4:15-cv-04021

CAROLYN W. COLVIN                                                 DEFENDANT
Commissioner, Social Security Administration

### ORDER

Plaintiff has filed a *pro se* complaint in this matter together with a request for leave to proceed *in forma pauperis.*  After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit, and, accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed *in forma pauperis* is **GRANTED.**  The Court directs that a copy of the complaint filed herein, along with a copy of this order, **be served by the U.S. Marshal's Office** by certified mail, return receipt requested, on Defendant, Carolyn W. Colvin, Commissioner of the Social Security Administration, the U.S. Attorney General, and the civil-process clerk at U.S. Attorney's Office without prepayment of fees and costs or security therefor.  The Clerk is directed to prepare and issue summons and a USM 285.  Defendant is ordered to answer within sixty (60) days from the date of service.

**IT IS SO ORDERED** this 19th day of February 2014.

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE